```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 07-60096-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                        **O R D E R**

EDWIN DISLA,

      Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Edwin Disla's Motion For New Trial (DE 148) and Supplemental Motion For New Trial (DE 153).  The Court has carefully reviewed both Motions and the Court having heard the testimony in evidence presented at trial as the presiding trial Judge, is otherwise fully advised in the premises.

    The Court comments <u>only</u> on the Defendant's claim that the Court somehow limited the Defendant in the presentation of his defense.  Initially the Court limited the testimony of defense witnesses Carmen Zayas, Mark Conrad and Linda Smith based on objections by the Government.  Thereafter, the Court revisited this ruling and advised the defense that it could recall those three witnesses still subject to any evidentiary objections raised by the Government.  The defense recalled Carmen Zayas and Linda Smith. Mark Conrad had left Fort Lauderdale and was in New York and unavailable.

    The Court notes that the issue is not the order in which witnesses are called as though this is some type of a theatrical

production but what use a lawyer makes out of the availability of testimony from witnesses. The defense got all of its desired testimony from Linda Smith, but failed to get certain testimony from Carmen Zayas due to evidentiary objections made by the Government. For example, the defense was not able to move into evidence certain letters prepared by Ms. Zayas but which were objected to by the Government. The Court notes that the defense never raised as an exception to the Government's hearsay objection, the Business Records Exception.

With respect to Mark Conrad the only significant testimony that Mr. Conrad would have offered was that he had been trying to contact and tell Customs and Border Protection that the Defendant Disla was ready and willing to return to work. The Defendant was not prejudiced by this testimony because it came out several times at the trial through other witnesses.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant Edwin Disla's Motion For New Trial (DE 148) and Supplemental Motion For New Trial (DE 153) be and the same are hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___11th___ day of April, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record